## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 14-7568-GW(JEMx) | Date | May 22, 2015 |
|---|---|---|---|
| Title | *Edwina Talley v. John Eck, et al.* | | |

Present: The Honorable    GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):    ORDER TO SHOW CAUSE RE SETTLEMENT**

On May 20, 2015, Magistrate Judge John E. McDermott advised this Court that settlement was reached. The Court sets an Order to Show Cause hearing re: Settlement for August 24, 2015 at 8:30 a.m.

The parties are advised that the order to show cause will be vacated and no appearance will be required provided that a Stipulation to Dismiss, with a proposed order, is filed by noon on August 22, 2015.

All previously set deadlines and dates are vacated and taken off-calendar.

                                                                               :

Initials of Preparer    JG